UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AMANDA MILES                                    CIVIL ACTION

VERSUS                                           NO. 23-7127

SOCIAL SECURITY                                  SECTION "R" (3)
ADMINISTRATION

## ORDER

Plaintiff Amanda Miles seeks judicial review of the final decision of the Commissioner of the Social Security Administration ("SSA") under 42 U.S.C. § 405(g).[1]  On April 25, 2024, Martin O'Malley, Commissioner of the SSA, filed an unopposed motion to reverse and remand plaintiff's social security case.[2]  O'Malley requested that the Court enter an order and judgment reversing the decision of the Administrative Law Judge and remanding the matter for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).[3]  On May 10, 2024, Magistrate Judge Eva J. Dossier issued a Report & Recommendation ("R&R"), recommending that the Court grant the unopposed motion to reverse and remand.[4]

---

[1]     R. Doc. 1.
[2]     R. Doc. 14.
[3]     *Id.*
[4]     R. Doc. 18.

No party objected to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. Defendant's unopposed motion to reverse and remand is GRANTED. The Court REMANDS this matter to the Commissioner for further administrative proceedings.

New Orleans, Louisiana, this __30th__ day of May, 2024.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE